# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| Woodbridge Group of Companies, LLC | Case No.: 17-12560 (JKS) |
| Debtor. | |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, et al., | **MEDIATION STATUS REPORT** |
| Plaintiff, | Adv. Proc. No.: 19-50335 (JKS) |
| v. | |
| Jane Marshall, | |
| Defendants. | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

　　　　　　Mediation sessions are scheduled to occur on

　　　　　　A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

__X__　　　OTHER:  Mediation has been postponed pending the result of *Defendants' Motion to Temporarily Stay the Prosecution of Their Complaints Pending the Determination of Distributions to Class 3 Note Claimants Under the Confirmed Plan.*

Dated: May 14, 2021

　　　　　　　　　　　　　　*/s/ Ian Connor Bifferato*
　　　　　　　　　　　　　　Ian Connor Bifferato (DE #3273)
　　　　　　　　　　　　　　The Bifferato Firm P.A.
　　　　　　　　　　　　　　1007 N. Orange Street, 4th Floor
　　　　　　　　　　　　　　Wilmington, DE  19801