## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>                        Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>                     Plaintiff,<br><br>       vs.<br><br>CHRIS DANTIN FINANCIAL SERVICES, LLC, and CHRIS A. DANTIN SR.,<br><br>                     Defendants. | Adversary Proceeding<br>Case No. 19-50922 (JKS) |

## <u>JUDGMENT</u>

Upon the Certification of Counsel filed by counsel for the Trustee, IT IS HEREBY ORDERED, ADJUDGED, and DECREED THAT:

judgment is entered in favor of Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, and against Defendant Chris Dantin Financial Services, LLC in the amount of eight hundred forty eight thousand seven hundred fifty three dollars and forty-one cents ($848,753.41)

**Dated: December 13th, 2024**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).  The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.