# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, | |
| Plaintiff, | |
| vs. | |
| Sylvan & Jeannette Jutte, | Adv. Pro. No. 19-50308 (JKS) |
| Brian & Robin Korkus, | Adv. Pro. No. 19-50309 (JKS) |
| Delton & Jean Christman, | Adv. Pro. No. 19-50314 (JKS) |
| Floyd & Lavonne Davis, | Adv. Pro. No. 19-50317 (JKS) |
| George & Charlene Iwahiro, | Adv. Pro. No. 19-50319 (JKS) |
| Toomas & Pamela Heinmets, | Adv. Pro. No. 19-50322 (JKS) |
| Janet V. Dues, | Adv. Pro. No. 19-50328 (JKS) |
| Christian Lester, | Adv. Pro. No. 19-50332 (JKS) |
| Jane Marshall, | Adv. Pro. No. 19-50335 (JKS) |
| Laurence J. Nakasone, | Adv. Pro. No. 19-50337 (JKS) |
| Blaine Phillips, | Adv. Pro. No. 19-50338 (JKS) |
| Jennifer Tom, | Adv. Pro. No. 19-50342 (JKS) |
| Anita Bedoya & Mark Bedoya, | Adv. Pro. No. 19- 50343 (JKS) |
| Anita Bedoya & Julian Duran, | Adv. Pro. No. 19-50344 (JKS) |
| Ronald Cole, | Adv. Pro. No. 19-50346 (JKS) |
| Ronald Draper, | Adv. Pro. No. 19-50347 (JKS) |
| Lawrence J. Paynter, | Adv. Pro. No. 19-50351 (JKS) |
| Clayton Nakasone, | Adv. Pro. No. 19-50832 (JKS) |
| Defendants. | |

# AFFIDAVIT OF SERVICE

STATE OF OHIO            )
                         ) ss.:
COUNTY OF FRANKLIN       )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 5151 Blazer Parkway Way, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 23, 2021, I caused to be served the:

   a. "Order," *related to Case No. 19-50314*, filed on August 23, 2021 [Docket No. 72],

   b. "Order," *related to Case No. 19-50347*, filed on August 23, 2021 [Docket No. 73],

   c. "Order," *related to Case No. 19-50317*, filed on August 23, 2021 [Docket No. 73],

   d. "Order," *related to Case No. 19-50332*, filed on August 23, 2021 [Docket No. 73],

   e. "Order," *related to Case No. 19-50344*, filed on August 23, 2021 [Docket No. 73],

   f. "Order," *related to Case No. 19-50343*, filed on August 23, 2021 [Docket No. 73],

   g. "Order," *related to Case No. 19-50309*, filed on August 23, 2021 [Docket No. 74],

   h. "Order," *related to Case No. 19-50338*, filed on August 23, 2021 [Docket No. 74],

   i. "Order," *related to Case No. 19-50319*, filed on August 23, 2021 [Docket No. 74],

   j. "Order," *related to Case No. 19-50308*, filed on August 23, 2021 [Docket No. 75],

   k. "Order," *related to Case No. 19-50322*, filed on August 23, 2021 [Docket No. 78],

   l. "Order," *related to Case No. 19-50346*, filed on August 23, 2021 [Docket No. 73],

   m. "Order," *related to Case No. 19-50342*, filed on August 23, 2021 [Docket No. 73],

   n. "Order," *related to Case No. 19-50328*, filed on August 23, 2021 [Docket No. 74],

   o. "Order," *related to Case No. 19-50335*, filed on August 23, 2021 [Docket No. 73],

   p. "Order," *related to Case No. 19-50832*, filed on August 23, 2021 [Docket No. 64],

q. "Order," *related to Case No. 19-50351*, filed on August 23, 2021 [Docket No. 74], and

r. "Order," *related to Case No. 19-50337*, filed on August 23, 2021 [Docket No. 73],

by causing true and correct copies to be delivered via electronic mail to the party listed on the annexed Exhibit A.

*/s/ Angela Chachoff*
Angela Chachoff

Sworn to before me this
30th day of August, 2021
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

**EXHIBIT A**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| LAW OFFICE OF CURTIS A HEHN | ATTN CURTIS A HEHN | 1007 N ORANGE ST 4TH FL | | | WILMINGTON | DE | 19801 | curtishehn@comcast.net |